UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CASES LISTED IN ATTACHMENT A ) )| Chief Judge Castillo |

### ORDER

The United States motioned this Court to dismiss the complaints identified in Attachment A. After review of the cases listed in Attachment A, it appears that all of the defendants in the cases listed in Attachment A were subsequently indicted in the Northern District of Illinois in cases with a different case number. The motion to dismiss is granted and the Clerk of Court is directed to enter a copy of the motion and a copy of this order in all of the cases listed in Attachment A.

Entered:

_____
Rubén Castillo
Chief Judge

Dated this ___12th___ of January 2017

## ATTACHMENT A

| Complaint No. | Defendant name |
|---|---|
| 99 CR 508 | Solomon Evans |
| 99 CR 510 | Alex Kinsey |
| 00 CR 633 | Erica Howard, et al. |
| 01 CR 317 | Christopher R Andersen |
| 04 CR 541 | Agnieszka D Gierula |
| 05 CR 59 | John Cannatello |
| 05 CR 413 | Johnny Vasquez-Alvarez |
| 06 CR 68 | Theodore Jovan Dear |
| 08 CR 209 | Marlin Martinez |
| 08 CR 384 | Ahmad Ali Ahmad |
| 08 CR 414 | Nader Zeidan |
| 10 CR 609 | Carlos M Mariano |
| 92 CR78 | Jason Cohn |
| 94 CR 630 | Alexander Nikolic |
| 96 CR 351 | Josef L Botters |
| 97 CR 199 | Anthony Cole |
| 99 CR 872 | John Conti, et al. |
| 00 CR 125 | Victor Wesley |
| 02 CR 809 | Weiner Bayle |
| 01 CR 545 | William J. Jones |
| 02 CR 183 | Juan Medina |
| 02 CR 537 | Jason Holman |
| 05 CR 494 | Sandra Stewart |
| 07 CR 341 | Elias Munoz |
| 14 CR 314 | Jonathan Williams |
| 15 CR 753 | Davonyay Pratt |
| 00 CR 202 | Thomas P. Carroll |
| 00 CR 975 | Hector Pinto |
| 01 CR 584 | Nigel Gonsalves |
| 03 CR 241 | Tony L Warren |
| 03 CR 1181 | Hilario Santos |
| 04 CR 715 | Luis Vazquez, Jr., et al. |
| 04 CR 720 | Edgar Martinez |
| 05 CR 192 | Jose Nevarez |
| 05 CR 598 | Saeid Shahsavarani |
| 07 CR 650 | Carmen Lara |
| 10 CR 414 | Tomasz J Koziol, et al. |

| | |
|---|---|
| 95 CR 520 | Archie West, Jr |
| 95 CR 687 | James Cross |
| 99 CR 76 | Franscisco Perez |
| 01 CR 174 | Antonio Cruz-Moran |
| 02 CR 352 | Johnny Fort |
| 03 CR 256 | Herminio Munoz |
| 03 CR 1070 | Kenyatta Gray, et al. |
| 04 CR 593 | Hiram Franklin |
| 05 CR 982 | George Zito |
| 08 CR 240 | Miguel Ocon |
| 11 CR 763 | Sheldon Morales, et al. |
| 12 CR 709 | Alan Cisneros, et al. |
| 04 CR 533 | Magdalena Jelic |
| 05 CR 425 | Joann Burroughs |
| 13 CR 325 | Yueh-Hsun Tsai |
| 01 CR 1113 | Mario Fernando Rivera-Galvez, et al. |
| 02 CR 375 | Salim Iqbal |
| 05 CR 517 | Joseph Cortez |
| 07 CR 282 | Guadalupe Contreras-Barrera |
| 07 CR 823 | Antonio Vasquez, et al. |
| 08 CR 674 | Tyrone Smith |
| 09 CR 394 | Raul Palacios |
| 09 CR 395 | Saul Martinez |
| 09 CR 397 | Miguel Colon |
| 09 CR 398 | Rigoberto Molina |
| 09 CR 401 | Enrique Sanchez, et al. |
| 09 CR 849 | Tahawwur Hussain Rana |
| 10 CR 16 | Rodney O. Carter |
| 05 CR 322 | Juan Horacio Gonzalez Hernandez |
| 03 CR 167 | Marzena Gabiga |